IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:23-CR-00070-RJC-SCR

| USA, | ) |  |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | <u>ORDER</u> |
| TIMOTHY MITCHELL BROWN, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court upon the Government's Motion to Dismiss, (Doc. No. 10), the Indictment, (Doc. No. 1), without prejudice.

**IT IS ORDERED** that the Government's motion, (Doc. No. 10), is **GRANTED** and the Indictment, (Doc. No. 1), is **DISMISSED** without prejudice.

Signed: May 5, 2023

Robert J. Conrad, Jr.
United States District Judge